UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_1st_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alirio Gutierrez          JOINT DEBTOR: _____          CASE NO.: 11-40314 BKC AJC
Last Four Digits of SS# 4370         Last Four Digits of SS# _____

This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. $ 1706.50  for months  1  to  11  ;
  B. $ 5960.49  for months  12  to  12  ;
  C. $ 4129.56  for months  13  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ $5000 TOTAL PAID $2000 Balance Due $ 3000 payable $125.00/month (Months 1 to 11) and
        $1625.00 / month (Months 12 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
☐   1. Madison Downtown Condo Assoc     Arrearage on Petition Date $ __18798.16
Address:__ 800-850 North Miami Avenue    Arrears Payment $ 75.97 /month (Months _1_ to 11 )
     ___ Miami, FL 33136               Regular Payment $ 324.31 / month (Months 1  to   11 )
Account No: _1909_____

        Madison Downtown Condo Assoc (contd)  Arrears Payment $ 366.58 / month (Months 12 to 60)
                           Regular Payment $449.94 / month (Months 12 to 60)

   2. Bank of America Home Loans (2011 Taxes)   Payoff on Petition Date $2706.20
                           Payoff Payment $55.23 / month (Months 12 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Home Loans | 1st Mortgage on Non-Homestead Property Located at 850 N Miami Ave # W-1909, Miami, FL 33136<br><br>Value of Property $ 124,000.00<br><br>Value of Mortgagee's Interest in the Property: $124,000.00 | 5.25 % | $1139.49<br>$ 2626.97 | 1 to 11<br>12 to 60 | $141,256.00 |
| BAC Home Loans Servicing | 2nd Mortgage on Non-Homestead Property Located at 850 N Miami Ave # W-1909, Miami, FL 33136<br><br>Value of Property $ 109,600.00<br><br>Value of Mortgagee's Interest in the Property: $0.00 | N/A | $ 0 | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

Internal Revenue Service: Total Due: $22.84 to be Paid $22.84/month (Month 12)

<u>Unsecured Creditors</u>: Pay $217.88 /month (Months 12 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current in his payments to Wachovia and Belle Plaza Condominium Association for the homestead property and shall continue paying directly and outside the plan. The Debtor is current in his payments to Park National Bank for the non-homestead property located at 1822 NW 22 Street #W1202 Miami, FL 33142 and shall continue paying directly and outside the Chapter 13 plan. The Debtor surrenders his interest in the property located at 850 N Miami Ave #1202 Miami, FL 33137 to BAC Home Loans Servicing, Bank of America, Madison Downtown Condominium and Miami-Dade County Tax Collector. The Debtor will provide a copy of his/her tax returns to the trustee on or before May 15 each year during the pendency of the plan and will modify the plan if necessary. Debtor shall pay property taxes to Miami Dade County Tax Collector for the property located at 850 N Miami Ave #W-1909, Miami, FL directly and outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ Richard Adams, Esq.
For Debtor: Alirio Gutierrez
Date: October 30, 2012

# Modification Ledger

### Case: 1140314 - ALIRIO GUTIERREZ

**Debtor:**
ALIRIO GUTIERREZ
20 ISLAND AVENUE
#609
MIAMI, FL
33139-0000

**Attorney:**
RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL
33012-0000

| | |
|---|---|
| Date Petition Filed | Monday, October 31, 2011 |
| 341 Meeting Date | Thursday, February 02, 2012 |
| Claims Bar Date | Wednesday, May 02, 2012 |
| Conf Hrg Date | Tuesday, March 20, 2012 |
| Balance on Hand | $5,138.68 |
| Total Paid In | $23,910.20 |
| Date Confirmed | Tuesday, June 19, 2012 |
| Attorney Fee in Plan | $3,000.00 |
| Attorney Arrears Amount | $0.00 |
| Attorney Paid to Date | $1,375.00 |

| Creditor | Claim Type | Claim Amount | Prin Owed | Prin Paid | Mo Pymt |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | REGULAR | ~~$424,892.00~~ $111,256.00 | ~~$112,317.59~~ $121,731.59 | $12,534.41 | $1,500.00 |
| BAC HOME LOANS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ZAKHEIM & ASSOC, PA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| WACHOVIA MORTGAGE | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| BELLE PLAZA COA INC | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | SURRENDERED | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | SURRENDERED | $0.00 | $0.00 | $0.00 | $0.00 |
| MADISON DOWNTOWN CONDO. | SURRENDERED | $0.00 | $0.00 | $0.00 | $0.00 |
| MADISON DOWNTOWN CONDO. | CONT REGULAR PAYMENTS | $25,614.60 | $22,047.22 | $3,567.38 | $426.91 |
| MIAMI-DADE TAX COLLECTOR | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| MIAMI-DADE TAX COLLECTOR | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| MIAMI-DADE TAX COLLECTOR | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| PARK NATIONAL BK | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED RESERVE | ADMINISTRATIVE | $10,676.00 | $10,676.00 | $0.00 | $0.01 |
| UNITED STATES TREASURY | PRIORITY | $22.84 | $22.84 | $0.00 | $0.01 |
| UNITED STATES TREASURY | UNSECURED | $139.36 | $13.94 | $0.00 | $0.00 |
| UNITED STATES TREASURY | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| KAHANE & ASSOCIATES, P.A. | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA, NA | UNSECURED | $201,434.19 | $20,143.42 | $0.00 | $0.00 |
| MADISON DOWNTOWN CONDO. | SECURED | $18,798.24 | $17,962.62 | $835.62 | $100.00 |
| CITI | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK, NA | UNSECURED | $4,951.16 | $495.12 | $0.00 | $0.00 |
| BANK OF AMERICA, NA | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SIEGFRIED, RIVERA, LERNER, | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ACADEMY COLLECTION SERVICE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| AFNI | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| AMERICAN EXPRESS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ASPIRE CUSTOMER SVC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ASSET ACCEPTANCE CORP | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| AT&T | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| BENEFICIAL | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE AUTO FIN | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CLIENT SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CLIENT SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| COMCAST | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| COMCAST | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CRED PROTECTIONS ASSOC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLL/USA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CRED. PROTECTIONS ASSOC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| DSNB | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY CORP | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| FINANCIAL ASSET MGMT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| FINANCIAL MANAGEMENT SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HFC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HFC USA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HOME DEPOT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| LTD FINANCIAL SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MACYS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MACYS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MACYS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MGMT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MGMT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MGMT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MGMT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| MCM | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONWIDE CREDIT INC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS, INC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHLAND GROUP, INC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHLAND GROUP, INC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHLAND GROUP, INC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| PROGRESSIVE EXPRESS INSURANCE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| RODOLFO J. MIRO, ESQ. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER USA INC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SEARS CREDIT CARD | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SEARS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| TARGET | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| TARGET | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |

3/428-6382